1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   GREGORY W. STEWART,                          )   Case No.: 1:12-cv-00594-JLT
                                                  )
12                  Petitioner,                   )   ORDER DENYING PETITIONER'S MOTION
                                                  )   FOR COPIES  (Doc. 13)
13          v.                                    )
                                                  )
14   WARDEN J. MACOMBER,                          )
                                                  )
15                  Respondent.                   )
                                                  )
16   _____       )

17          Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.

19                                          **DISCUSSION**

20          The instant petition was filed on April 16, 2012.  (Doc. 1).  On May 5, 2012, the Court

21   dismissed the petition as being a second and successive petition.  (Doc. 9).  On April 14, 2012,

22   Petitioner filed a motion for reconsideration that included over one hundred pages of attachments.

23   (Doc. 11).  On May 25, 2012, the Court denied the motion for reconsideration.  (Doc. 12).  On October

24   9, 2012, Petitioner filed the instant motion requesting that the Court make three copies of the motion

25   for reconsideration and send them to Petitioner.  (Doc. 13).

26          Petitioner is advised that the Court and its staff do not provide copy services for parties.  The

27   Clerk's office has no facilities or procedures for providing copies to parties or for recouping the costs

28   involved in such services. If Petitioner needs copies of those documents, which are public records, he

                                                    1

1   has several options.  First, he may have someone copy those documents directly at the courthouse.

2   Alternately, if Petitioner retains copies of the documents attached to the motion for reconsideration, he

3   can copy those documents himself.  Finally, if Petitioner or an associate has access to the internet, he

4   can access the Court's website and download and print the documents contained in the motion for

5   reconsideration.

6          For the foregoing reasons, Petitioner's motion for copies (Doc. 13), is DENIED.

7

8   IT IS SO ORDERED.

9      Dated:   **August 6, 2013**                     **/s/ Jennifer L. Thurston**
10                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2