1
2
3
4
5
6
7

8                                      **UNITED STATES DISTRICT COURT**

9                                      **EASTERN DISTRICT OF CALIFORNIA**

10

11 | GREGORY W. STEWART, | ) | Case No.: 1:12-cv-00594-JLT |
|---|---|---|
| Petitioner, | ) ) ) | ORDER DENYING PETITIONER'S MOTION FOR COPIES  (Doc. 13) |
| v. | ) | |
| WARDEN J. MACOMBER, | ) ) | |
| Respondent. | ) ) ) | |

17         Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19                                                     **DISCUSSION**

        The instant petition was filed on April 16, 2012.  (Doc. 1).  On May 5, 2012, the Court dismissed the petition as being a second and successive petition.  (Doc. 9).  On April 14, 2012, Petitioner filed a motion for reconsideration that included over one hundred pages of attachments.  (Doc. 11).  On May 25, 2012, the Court denied the motion for reconsideration.  (Doc. 12).  On October 9, 2012, Petitioner filed the instant motion requesting that the Court make three copies of the motion for reconsideration and send them to Petitioner.  (Doc. 13).

        Petitioner is advised that the Court and its staff do not provide copy services for parties.  The Clerk's office has no facilities or procedures for providing copies to parties or for recouping the costs involved in such services. If Petitioner needs copies of those documents, which are public records, he

1 has several options. First, he may have someone copy those documents directly at the courthouse. Alternately, if Petitioner retains copies of the documents attached to the motion for reconsideration, he can copy those documents himself. Finally, if Petitioner or an associate has access to the internet, he can access the Court's website and download and print the documents contained in the motion for reconsideration.

For the foregoing reasons, Petitioner's motion for copies (Doc. 13), is DENIED.

IT IS SO ORDERED.

Dated:   **August 6, 2013**                         **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE